# EXHIBIT "1"

1(a)

AISZ: 11 18 2811 17:45 --- 784

# IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

SUSAN WRIGHT,                      )

      Plaintiff,                  )    **CJ-2011-06720**

v.                                )

                             )    CARLOS J. CHAPPELL

USAA CASUALTY INSURANCE COMPANY,  )
and UNITED SERVICES AUTOMOBILE    )
ASSOCIATIONS                      )    DISTRICT COURT
                             )    **F I L E D**

      Defendants.                 )    OCT 31 2011

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## PETITION

COMES NOW the Plaintiff, Susan Wright, by and through her attorney, Tom Sullivent of Sullivent Law Firm, and for her Petition against Defendants (collectively "USAA"), alleges and states as follows:

1. USAA is an unincorporated insurance company with its principal place of business in the State of Texas.

2. USAA Casualty Insurance Company is a Delaware insurance corporation with its principal place of business in the State of Texas.

3. Defendants may be served process through State Insurance Commissioner of the State of Oklahoma, Oklahoma City, Oklahoma.

4. Jurisdiction and venue are proper before this Court.

1

0901119c88f32f6d           USAA Confidential

RISZ: 11 10 2011 17:45 --- 765

5. The Plaintiff sustained serious injuries on or about December 11, 2009, arising out of a vehicle crash.

6. As a result of the crash, the Plaintiff has undergone extensive medical treatment.

7. Plaintiff did not contribute to her injuries; a driver of another vehicle is 100% at fault for causing the crash.

8. USAA caused to be issued policies of insurance which afford coverage to Plaintiff.

9. USAA has a duty to deal fairly and act in good faith with its insureds.

10. Plaintiff is an insured of USAA.

11. USAA is required under the insurance policy to pay Plaintiff's claim.

12. USAA has not disputed that Plaintiff was injured and have paid some portion of Plaintiff's medical bills but refuses to pay all of Plaintiff's medical bills.

13. USAA's refusal to pay the claim in full was unreasonable under the circumstances.

14. USAA had no reasonable basis for refusing to pay Plaintiff's claim in full.

15. USAA has failed to offer a proper explanation of their failure to pay the full claim.

16. USAA did not deal fairly and in good faith with Plaintiff.

17. The violation by USAA of their duty of good faith and fair dealing is the direct cause of the injuries sustained by Plaintiff.

18. As a result of USAA's failures and continued refusal to pay Plaintiff's claim, Plaintiff is entitled to recover damages against Defendant.

19. USAA negligently handled Plaintiff's claim.

20. As a result of USAA's negligence, Plaintiff is entitled to recover money damages against Defendants.

21. USAA IS liable to Plaintiff for breaching the insurance agreement.

2

0901119c88f32f6d          USAA Confidential

22. USAA knowingly, intentionally, recklessly and negligently refused to comply with insurance policies, which resulted in damages sustained by Plaintiff.

23. As a result of the acts and/or omissions, Plaintiff respectfully requests damages be found against Defendants in Plaintiff's favor in the amount in excess of seventy-five thousand dollars ($75,000.00).

24. USAA recklessly disregarded their duty to deal fairly and act in good faith with Plaintiff.

25. USAA intentionally and with malice breached their duty to deal fairly and act in good faith with Plaintiff.

26. Plaintiff seeks actual and punitive damages against Defendants.

27. Plaintiff hereby notifies Defendants of her Constitutional right to a jury trial.

WHEREFORE, premises considered, Plaintiff respectfully requests judgment be entered in her favor and against Defendants, including any pre-judgment and post-judgment interest, attorney's fees, costs of this action, and any other relief Plaintiff is entitled to receive under the law.

Respectfully submitted,

Tom Sullivent/ OBA #17147
Sullivent Law Firm
4325 E. 51st Street, Suite 100
Tulsa, OK 74135
Bus: (918) 295-8300
Fax: (918) 295-8302

Attorney for Plaintiff

3

0901119c88f32f6d                    USAA Confidential

1(b)

# OSCN

## THE OKLAHOMA STATE COURTS NETWORK

*www.oscn.net*

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| SUSAN WRIGHT,<br>        Plaintiff,<br>v.<br>USAA CASUALTY INSURANCE COMPANY,<br>        Defendant, and<br>UNITED SERVICES AUTOMOBILE ASSOCIATIONIS,<br>        Defendant. | No. CJ-2011-6720<br>(Civil relief more than $10,000:<br>NEGLIGENCE (GENERAL))<br><br>Filed: 10/31/2011<br><br>Judge: Chappelle, Carlos |

## Parties

UNITED SERVICES AUTOMOBILE ASSOCIATIONIS , Defendant
USAA CASUALTY INSURANCE COMPANY , Defendant
WRIGHT, SUSAN , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| SULLIVENT, THOMAS JACKSON(Bar # 17147)<br>SULLIVENT LAW FIRM<br>4325 East 51st Street<br>#100<br>TULSA, OK 74135 | WRIGHT, SUSAN |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: NEGLIGENCE (GENERAL) (NEGL)
Filed by: WRIGHT, SUSAN
Filed Date: 10/31/2011

**Party Name:**

**Disposition Information:**

**Defendant:** USAA CASUALTY INSURANCE COMPANY — Pending.

**Defendant:** UNITED SERVICES AUTOMOBILE ASSOCIATIONIS — Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 10-31-2011 | TEXT | 1 | | 79802210 | Oct 31 2011 6:23:59:827PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |

| 10-31-2011 | NEGL | - | 79802212 | Oct 31 2011 6:23:59:867PM | Realized | $ 0.00 |
| | NEGLIGENCE (GENERAL) | | | | | |
| 10-31-2011 | DMFE | - | 79802213 | Oct 31 2011 6:23:59:877PM | Realized | 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | |
| 10-31-2011 | PFE1 | - | 79802214 | Oct 31 2011 7:05:37:817PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | |
| | 🗈 Document Available at Court Clerk's Office | | | | | |
| 10-31-2011 | PFE7 | - | 79802215 | Oct 31 2011 6:23:59:877PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 10-31-2011 | OCISR | - | 79802216 | Oct 31 2011 6:23:59:877PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |
| 10-31-2011 | LTF | - | 79802217 | Oct 31 2011 6:23:59:937PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | |
| 10-31-2011 | TEXT | - | 79802211 | Oct 31 2011 6:23:59:847PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CHAPPELLE, CARLOS TO THIS CASE. | | | | | |
| 10-31-2011 | ACCOUNT | - | 79802218 | Oct 31 2011 6:24:30:287PM | - | $ 0.00 |
| | RECEIPT # 2011-2231337 ON 10/31/2011.<br>PAYOR:SULLIVENT LAW FIRM TOTAL AMOUNT PAID: $206.00.<br>LINE ITEMS:<br>CJ-2011-6720: $163.00 ON AC01 CLERK FEES.<br>CJ-2011-6720: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2011-6720: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2011-6720: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2011-6720: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | | | |
| 01-25-2012 | SMF | - | 80577559 | Jan 25 2012 2:26:53:943PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |
| 01-25-2012 | SMIMA | - | 80577564 | Jan 25 2012 2:27:07:243PM | - | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | |
| 01-25-2012 | ACCOUNT | - | 80577570 | Jan 25 2012 2:27:22:913PM | - | $ 0.00 |
| | RECEIPT # 2012-2282621 ON 01/25/2012.<br>PAYOR:SULLIVENT LAW FIRM PLC TOTAL AMOUNT PAID: $5.00.<br>LINE ITEMS:<br>CJ-2011-6720: $5.00 ON AC01 CLERK FEES. | | | | | |

Report Generated by The Oklahoma Court Information System at March 5, 2012 8:39 AM

End of Transmission.