**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SUSAN WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12-CV-113-GKF-FHM |
| | ) |
| USAA CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Counsel for Plaintiff Susan Wright, by these presents, would advise the Court that the Plaintiff and Defendant USAA Casualty Insurance Company have reached a written settlement and compromise of their dispute. The settlement provides for certain consideration to be exchanged prior to consummation of the agreement. It's expected that such exchange will take place forthwith and that an Agreed Motion to Dismiss will be submitted on or before January 30, 2013.

/s Tom Sullivent
Tom Sullivent, OBA #17147
Sullivent Law Firm
4325 E. 51st Street, Suite 100
Tulsa, OK 74135
Bus: (918)295-8300
Fax: (918) 295-8302

**Attorney for Plaintiff**

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

/Tom Sullivent_____
Tom Sullivent