**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SUSAN WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-CV-113-GKF-FHM |
| ) | |
| USAA CASUALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Susan Wright, and Defendant, USAA Casualty Insurance Company, having fully resolved their claims against each other, hereby stipulate, pursuant to Fed. R. Civ. P. 41, to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

/s Thomas J. Sullivent
Thomas J. Sullivent, Jr., OBA #17147
SULLIVENT LAW FIRM
4325 E. 51st St., Ste. 100
Tulsa, OK 74135
Phone: (918) 295-8300
Fax:    (918) 295-8302
tom@sulliventlawfirm.com

Attorneys for Plaintiff

 s/Kyle D. Evans
Brooks A. Richardson, OBA #18133)
Kyle D. Evans,  OBA #22135
FELLERS, SNIDER, BLANKENSHIP,
   BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK  73102-8820
Telephone:     (405) 232-0621
Facsimile:     (405) 232-9659
brichardson@fellerssnider.com
kevans@fellerssnider.com

Attorneys for Defendant, USAA Casualty Insurance Company

608868

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

                                        /Tom Sullivent_____
                                        Tom Sullivent